IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | NO. | 11-CR-2525 RB |
| | ) | | 16-CV-729 RB/WPL |
| vs. | ) | | |
| | ) | | |
| SAUL PERALTA, | ) | | |
| | ) | | |
| Defendant. | ) | | |

ORDER GRANTING STAY

THIS MATTER having come before the court on the written motion of the United States of America for a stay of these proceedings (Doc. 5), and the Court, being fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that further proceedings in this case shall be STAYED until the United States Supreme Court issues an opinion in *Beckles v. United States* (S. Ct. No. 15-8544).

_William P. Lynch_
William P. Lynch
United States Magistrate Judge